UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 OCT -2 P 4: 39

_____
DEPUTY CLERK

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST<br><br>Plaintiff<br><br>v.<br><br>ALDEN C. BUCK<br><br>Defendant<br>INTERNAL REVENUE SERVICE<br>MAINE REVENUE SERVICES<br><br>Party-In-Interest | 2:18-cv-00401-DBH |

### JUDGMENT OF FORECLOSURE AND SALE

**Address: 44 Nichols Street, South Paris, ME 04281**
**Mortgage: April 6, 2007, Book: 4116, Page:249**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on September 30, 2019. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendant, Alden C. Buck, did not appear; Party-In-Interest, Internal Revenue Service did not appear; Party-In-Interest, Maine Revenue Services did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for

LSF8 Master Participation Trust ("U.S. Bank') the amount adjudged due and owing ($118,368.21) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $55,313.78 |
| Interest | $3,612.62 |
| Per Diem Add | $5.76 |
| Escrow Advances | $2,775.30 |
| Deferred Modified Interest | $32,860.38 |
| Deferred Paid Expenses | $6,654.98 |
| Deferred Fees | $9,266.28 |
| Deferred Escrow | $6,629.99 |
| FCL Certified Mail Costs | $6.88 |
| FCL Court Costs | $512.00 |
| FCL Title Fees | $456.00 |
| PP- Inspection Exterior | $240.00 |
| Late Charge | $40.00 |
| Grand Total | $118,368.21 |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($118,368.21) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the South Paris Property shall terminate, U.S. Bank shall conduct a public sale of the South Paris Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $118,368.21 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.
4. The amount due and owing is $118,368.21.
5. The priority of interests is as follows:

    - U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust has first priority, in the amount of $118,368.21, pursuant to the subject Note and Mortgage.
    - Internal Revenue Service has the second priority behind the Plaintiff pursuant to a Tax Lien dated 10/06/2009, in the amount of $13,853.80, plus statutory interest and penalties to date, and recorded in the Oxford County Registry of Deeds-Eastern in Book 4510, Page 257.
    - Internal Revenue Service has the third priority behind the Plaintiff pursuant to a Tax Lien dated 02/03/2011, in the amount of $290.88, plus statutory interest and penalties to date, and recorded in the Oxford County Registry of Deeds-Eastern in Book 4691, Page 122.
    - Maine Revenue Services has the fourth priority behind the Plaintiff pursuant to a Notice of State Tax Lien dated 09/12/2018, in the amount of $1,875.75 as of November 15, 2019, and recorded in the Oxford County Registry of Deeds-Eastern in Book 5431, Page 83.
    - Alden C. Buck has the fifth priority behind the Plaintiff.

6. The prejudgment interest rate is 3.80%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Alden C. Buck<br>44 Nichols Street<br>South Paris, ME 04281 | Pro Se |
| PARTIES-IN-INTEREST | Internal Revenue Service | c/o Andrew K. Lizotte, Esq.,<br>Office of the U.S. Attorney General<br>100 Middle Street, East Tower, 6th Floor<br>Portland, ME 04101 |
|  | Maine Revenue Services | c/o Kevin Crossman, Esq.<br>6 State House Station<br>Augusta, ME 04333 |

a) The docket number of this case is No. 2:18-cv-00401-DBH.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 44 Nichols Street, South Paris, ME 04281, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 44 Nichols Street, South Paris, ME

04281. The Mortgage was executed by the Defendant on April 6, 2007. The book and page number of the Mortgage in the Oxford County Registry of Deeds-Eastern is Book 4116, Page 249.

e) **This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 44 Nichols Street, South Paris, ME 04281.**

**SO ORDERED**

Dated this 2nd day of October, 2019

/s/ D. Brock Hornby
D. Brock Hornby
U.S. DISTRICT JUDGE